Contract Negotiations
St. Joe, MO
Silgan Containers Corp. and Sheet Metal Workers Local No. 2

Company Economic Proposal #2
(May 1, 2012)

**Non Economic proposals**-All Tentative Non Economic Agreements (TA's) are included in this offer.

## Company Economic

- **Term of Agreement**
  May 7, 2012 through May 8, 2016
- **Wages**
  Effective May 7/2012 a signing bonus of $350
  Effective May 7/2013 a signing bonus of $150 and 1% across the board wage increase
  Effective May 7/2014 1.5% across the board wage increase
  Effective May 7/2015 1.5% across the board wage increase
  New Hires employed on/or after May 7, 2012 in Job Brackets 1 through 4 shall be paid 10% less than paid to employees hired prior to May 7, 2012

- **Health & Welfare**
  Plan Design
  Participation in the MO-KAN plan will continue during the term of this agreement provided the plan remains available through the Trust and employees absorb 100% of the yearly premium increase above 6%. If the premium increase in any year is less than 6%, the following reductions will occur:
  1. If the amount less than 6% is a full 1% or more, a one (1) percent reduction in the contribution rate shall be applied. For example if the base contribution rate is 18% and the premium for any year is only 3% then employees will pay 17% (18% less 1%).
  2. If the amount less than 6% is less than a full %, a half (1/2) percent reduction in the contribution rate shall be applied. For example if the base contribution rate is 18% and the premium for any year is 5 but less than 6% then employees will pay 17.5% (18% less ½%).

  If the current plan becomes unavailable, the Company has the option to select a lower cost MO-KAN plan if available or move coverage to another plan of their choosing.

  Employee Contributions
  Effective June 1, 2012 and thereafter employees shall pay 18% of the premium.

- **Production Unit Retirement Plan (Article 36)**
  Employees shall no longer be eligible for the existing Retirement Fund and it shall be legally discontinued (terminated, merged, frozen or otherwise) as soon as possible. The Union on behalf of employees may within ninety (90) calendar days notify the Company they elect to join the Silgan no match 401(k) plan, or another IRS "Qualified" defined contribution 401(k) plan, that is in good standing that will allow existing accounts to be rolled into the new plan without penalty (either financially or from an eligibility standpoint such as loss of vesting credit or entry into the plan).

  The Silgan plan option, as presented during bargaining included the following features:
  401 Eligibility New employees will be eligible and shall automatically be enrolled in the 401(k) plan following ninety (90) days employment (such service credit includes service prior to May 7, 2012).

**EXHIBIT G**

| | |
|---|---|
| <u>401 Formula</u> | Enrolled employees hired prior to May 7/2012 shall receive an automatic One Dollar and Ninety-Eight Cents ($1.98) contribution to their account for each hour worked after becoming eligible, to a maximum of two thousand (2000) work/(including vacation and holiday) hours per year. Employees may also voluntarily contribute to the plan in whole (no fractions) per cent of pay amounts from 1% to 50% pre tax, but not more than the IRS dollar limit. |

Enrolled employees hired May 7/2012 or later have a different company contribution benefit. They shall receive an automatic 3% of pay after becoming eligible, to a maximum of two thousand (2000) work/(including vacation and holiday) hours per year. These employees may also voluntarily contribute to the plan in whole (no fractions) per cent of pay amounts from 1% to 50% pre tax, but not more than the IRS dollar limit.

<u>401 Rollover</u>   The plan allows certain rollovers from other qualified retirement plans.

<u>Continuation</u>   The Company's obligation to continue this benefit shall cease as a matter of contract and law upon the expiration of this collective bargaining agreement. Nothing herein prevents the Union from bargaining the Company's subsequent continuation of the retirement plan benefit in any renewal agreement.