Subject: RE: Signature Page for Silgan Contract
From: Darryl Downey (Ddowney@Silgancontainers.com)
To: jimflach@yahoo.com;
Date: Wednesday, June 13, 2012 9:19 PM

Okay, send the full corrected document and I'll submit it for Tony's signature. **How many signed originals do you need, we want 3.**

---

**From:** Jim Flach [jimflach@yahoo.com]
**Sent:** Wednesday, June 13, 2012 9:45 AM
**To:** Darryl Downey
**Cc:** Tom Peterson; Kevin Ulmer; David Carlisle
**Subject:** Re: Signature Page for Silgan Contract

Darryl
Corrections
1. The cover page should read "... Through May 8, 2016" Corrected 6-13-2012
2. In Appendix A for each year we think the job "CleanUp" should read "Equipment Cleaner/Janitor" I could not find anything on this were we talked about it or had a TA on it. It is probably best that we leave that the way it reads currently
3. We agreed to delay the new definition of an incident of absense to 1/1/2013. The new definition is worded correctly, however we expected you would insert that change takes effect 1/1/2013. Corrected 6-13-2012
4. After Appendix D and before the calendars at the very end of the contract there are numerous redundant pages that need to be removed. Corrected 6-13-2012

*Jim Flach*
*Business Representative*
*Sheet Metal Workers Local #2*
*Kansas City MO. Office 816-254-8021*
*Saint Joseph MO. Office 816-232-5034*
*E-mail: jimflach@yahoo.com*

U#9

---

**From:** Darryl Downey <Ddowney@Silgancontainers.com>
**To:** "jimflach@yahoo.com" <jimflach@yahoo.com>
**Cc:** Tom Peterson <TPeterson@Silgancontainers.com>; Kevin Ulmer <KUlmer@Silgancontainers.com>; David Carlisle <DCarlisle@Silgancontainers.com>
**Sent:** Monday, June 11, 2012 10:41 PM
**Subject:** FW: Signature Page for Silgan Contract

**EXHIBIT P**

The draft is close to signature ready, good job! Please make the following changes and resend so the signature page can be given to Tony and Jim for signature. Unless you advise me differently I will have Tony sign 6 originals so you can keep 3 and return 3 with Jim Huffman's signature for our records.

Corrections
1. The cover page should read "... Through May 8, 2016"
2. In Appendix A for each year we think the job "CleanUp" should read "Equipment Cleaner/Janitor"
3. We agreed to delay the new definition of an incident of absense to 1/1/2013. The new definition is worded correctly, however we expected you would insert that change takes effect 1/1/2013.
4. After Appendix D and before the calendars at the very end of the contract there are numerous redundant pages that need to be removed.

---

**From:** Jim Flach [jimflach@yahoo.com]
**Sent:** Thursday, June 07, 2012 2:22 PM
**To:** Tom Peterson; Darryl Downey
**Subject:** Fwd: Signature Page for Silgan Contract

Could you have Tony sign this and mail it back to us

Sent from my Mobil command post

Begin forwarded message:

> **From:** Jim Huffman <jimh@sheetmetal2.org>
> **Date:** June 7, 2012 1:39:08 PM CDT
> **To:** Jim Flach <jimflach@yahoo.com>
> **Subject: FW: Signature Page for Silgan Contract**
>
> **From:** Erin Williams
> **Sent:** Wednesday, June 06, 2012 1:45 PM
> **To:** Jim Huffman
> **Subject:** Signature Page for Silgan Contract
>
> Jim,
>
> Please find attached Signature page for Silgan contract to be executed by Mr. Cost.
>
> Best regards,
> Erin
>
> Erin M. Williams
> Executive Assistant to the Business Manager
> Sheet Metal Workers' International Association
> Local Union No. 2
> 2902 Blue Ridge Blvd.
> Kansas City, MO 64130-0378
> Direct Line: (816) 836-6516
> erin@sheetmetal2.org
>
> *Note: My regular office hours are 8 a.m.-4:30 p.m. Wednesday through Friday*

Subject: FW: Signature Page for Silgan Contract
From: Darryl Downey (Ddowney@Silgancontainers.com)
To: jimflach@yahoo.com;
Cc: TPeterson@Silgancontainers.com; KUlmer@Silgancontainers.com; DCarlisle@Silgancontainers.com;
Date: Monday, June 11, 2012 10:41 PM

The draft is close to signature ready, good job! Please make the following changes and resend so the signature page can be given to Tony and Jim for signature. Unless you advise me differently I will have Tony sign 6 originals so you can keep 3 and return 3 with Jim Huffman's signature for our records.

Corrections
1. The cover page should read "... Through May 8, 2016"
2. In Appendix A for each year we think the job "CleanUp" should read "Equipment Cleaner/Janitor"
3. We agreed to delay the new definition of an incident of absense to 1/1/2013. The new definition is worded correctly, however we expected you would insert that change takes effect 1/1/2013.
4. After Appendix D and before the calendars at the very end of the contract there are numerous redundant pages that need to be removed.

---

**From:** Jim Flach [jimflach@yahoo.com]
**Sent:** Thursday, June 07, 2012 2:22 PM
**To:** Tom Peterson; Darryl Downey
**Subject:** Fwd: Signature Page for Silgan Contract

Could you have Tony sign this and mail it back to us

Sent from my Mobil command post

Begin forwarded message:

> **From:** Jim Huffman <jimh@sheetmetal2.org>
> **Date:** June 7, 2012 1:39:08 PM CDT
> **To:** Jim Flach <jimflach@yahoo.com>
> **Subject: FW: Signature Page for Silgan Contract**

**From:** Erin Williams
**Sent:** Wednesday, June 06, 2012 1:45 PM
**To:** Jim Huffman
**Subject:** Signature Page for Silgan Contract

Jim,

Please find attached Signature page for Silgan contract to be executed by Mr. Cost.

Best regards,

Erin

Erin M. Williams
Executive Assistant to the Business Manager
Sheet Metal Workers' International Association
Local Union No. 2
2902 Blue Ridge Blvd.
Kansas City, MO  64130-0378
Direct Line: (816) 836-6516
erin@sheetmetal2.org

*Note: My regular office hours are 8 a.m.-4:30 p.m. Wednesday through Friday

Subject: RE: Signature Page for Silgan Contract
From: Darryl Downey (Ddowney@Silgancontainers.com)
To: jimflach@yahoo.com; TPeterson@Silgancontainers.com;
Date: Thursday, June 7, 2012 3:41 PM

We would be happy to review the draft of the new contract so we can make sure all the changes are reflected and thus the signature page won't have to be adjusted. We would then ask Tony to sign however many originals you need and we would add enough originals so you can return 3 pages with both Jim's and Tony's signatures for our records.

Thank you.

Darryl Downey

Regional Human Resources Manager

Silgan Containers

21800 Oxnard St., Ste. 600

Woodland Hills, CA 91367

www.silgancontainers.com

---

**From:** Jim Flach [mailto:jimflach@yahoo.com]
**Sent:** Thursday, June 07, 2012 12:23 PM
**To:** Tom Peterson; Darryl Downey
**Subject:** Fwd: Signature Page for Silgan Contract

Could you have Tony sign this and mail it back to us

Sent from my Mobil command post

Begin forwarded message:

> **From:** Jim Huffman <jimh@sheetmetal2.org>
> **Date:** June 7, 2012 1:39:08 PM CDT
> **To:** Jim Flach <jimflach@yahoo.com>
> **Subject: FW: Signature Page for Silgan Contract**

U X9

**From:** Erin Williams
**Sent:** Wednesday, June 06, 2012 1:45 PM
**To:** Jim Huffman
**Subject:** Signature Page for Silgan Contract

Jim,

Please find attached Signature page for Silgan contract to be executed by Mr. Cost.

Best regards,

Erin

Erin M. Williams

Executive Assistant to the Business Manager

Sheet Metal Workers' International Association

Local Union No. 2

2902 Blue Ridge Blvd.

Kansas City, MO 64130-0378

Direct Line: (816) 836-6516

erin@sheetmetal2.org

*Note: My regular office hours are 8 a.m.-4:30 p.m. Wednesday through Friday